IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHOSHANA ROSENZWEIG, | Civil Action |
| Plaintiff, | No. 10-120 |
| v. | |
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

/S/ Erin J. McLaughlin
Joseph F. Quinn
Erin J. McLaughlin

Pa.I.D. 37103 (Quinn)
Pa.I.D. 202044 (McLaughlin)

Buchanan Ingersoll & Rooney, PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
(412) 562-3960/392-2090

Attorneys for Defendant

/S/ John E. Black, III
Samuel J. Cordes
John E. Black, III

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 83727 (Black)

Stember Feinstein Doyle Payne & Cordes
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 471-8500

Attorneys for Plaintiff

SO ORDERED, this 2d day of September, 2010.

_____, C.J.